# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DADRAIN DANTWONE BANKS**                                                  **PLAINTIFF**

**v.**                  **Case No. 4:18-cv-00190-KGB/JTK**

**PULASKI COUNTY JAIL,** *et al.*                                             **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 5). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 5). Plaintiff Dadrain Dantwone Banks' complaint and addendum to the complaint are dismissed without prejudice for failure to prosecute (Dkt. Nos. 1, 2).

So ordered this 27th day of June, 2018.

                                                             _____
                                                             Kristine G. Baker
                                                             United States District Judge