# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DADRAIN DANTWONE BANKS**                                              **PLAINTIFF**

**v.**            **Case No. 4:18-cv-00190-KGB/JTK**

**PULASKI COUNTY JAIL,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Dadrain Dantwone Banks' complaint and addendum to his complaint are dismissed without prejudice.

So adjudged this the 27th day of June, 2018.

_____
Kristine G. Baker
United States District Court Judge